UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches d/b/a
Bernard Madoff,
Plaintiff

4:09cv173-RH/WCS

V.

Anil Ambani d/b/a Reliance ADA Group; Mukesh Ambani; Dhirubhai Ambani; Bharat Bhorge; Rinat Akhmetov; Klaus Fuchs; Alisher Usmanov; Stan Kroenke,
Defendants

### HABEAS CORPUS Relief under 28 USC 2241

The manner in which my sentence is executed is unconstitutional. Defendants are threatening me in federal prison. Defendant Anil Ambani said he is going to crash a helicopter into me, and I'm forced to do hard labor in ball and chains for the Federal Prison Industries Unicor Program that hired Reliance Ada group to whip me if I don't produce quotas and I was burned with hot oil and polyester with Asbestos by Mukesh Ambani. Rinat Akhmetov plans to steel my identity. Defendants charge high phone rates to reach my family. My prison trust account is frozen/freezed by defendants. Klaus Fuchs told my mother he is going to kill me in a Assasination Plot. Bharat Bhorge plans to poison my food. Federal n-Gulag and defendants are responsible. Defendants —
Now they are taking revenge on me, eye for a eye. I'm scared to death. I seek better prison conditions and a restraining order. I pray this court will grant my motions for relief.

Respectfully,

Jonathan Lee Riches #40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE
5-7-09

2009 MAY 11 PM 3:19

FILED