**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JONATHAN LEE RICHES,

   VS                                                         CASE NO. 5:08cv39-RH/AK

ANIL AMBANI, et al.,

**JUDGMENT**

"ThIs case is DISMISSED without prejudice."

                                    WILLIAM M. McCOOL, CLERK OF COURT

| July 27, 2009 | s/ David L. Thomas |
|---|---|
| DATE | Deputy Clerk: David Thomas |