United States District Court
Northern District of Florida

Jonathan Lee Riches

v.

Anil Ambani

4:09 cv 173 RH/WCS

[ Notice of Appeal this courts July 24, 2009 order ]

Jonathan Lee Riches moves to appeal the dismissal of this case to the 11th circuit court of Appeals

respectfully

8-2-09

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

Filed 0807'09 USDcFln 4PM 1237